# United States Court of Appeals

## For the First Circuit

No. 07-1682

EFRAÍN MORÁN VEGA,

Plaintiff, Appellant,

VIRGINIA POLO CUEVAS; CONJUGAL PARTNERSHIP MORÁN-POLO,

Plaintiffs,

v.

VICTOR R. CRUZ BURGOS; JANE DOE 03CV1902-1; CONJUGAL PARTNERSHIP CRUZ-DOE; MYRNA CRESPO-SAAVEDRA; JOHN DOE 03CV1902, CONJUGAL PARTNERSHIP DOE-CRESPO; JOSÉ CORDERO-SERRANO, Director of the General Services of the Department of Human Resources; JANE DOE 03CV1902-3; CONJUGAL PARTNERSHIP CORDERO-DOE; FAUSTINO ACEVEDO-CRUZ, Sub-Administrator of the Department of Labor for the Commonwealth of Puerto Rico; JANE DOE 03CV1902-4; JOSÉ L. RIVERA; JANE DOE 03CV1902-5; CONJUGAL PARTNERSHIP RIVERA-DOE; WILFREDO RÍOS-SALDAÑA, Regional Director of the Department of Labor for the Commonwealth of Puerto Rico; JANE DOE 03CV1902-6; CONJUGAL PARTNERSHIP RÍOS-DOE; JESÚS ROHENA; MARÍA DEL CARMEN FUENTES; ROMÁN M. VELASCO-GONZÁLEZ,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on August 6, 2008, is corrected as follows:

On page 3, line 14, add a period after "Fed".